MAUD SILLMAN PACHER, Appellant, v. FREDERICK WILLIAM STECHMANN, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to renew her application for the examination of the defendant before trial upon her own affidavit setting forth the facts showing her ignorance of her real pathological condition at the time the defendant operated upon her, and of what treatment he really gave her, and her inability to establish those facts by any other direct testimony than that of the defendant. Thomas, Stapleton, Mills and Putnam, JJ., concurred; Carr, J., not voting.

THE PEOPLES NATIONAL BANK OF BROOKLYN IN NEW YORK, Appellant, v. GEORGE T. EGBERT and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Thomas, Carr, Stapleton, Mills and Rich, JJ.

MARION E. PRIME, Appellant, v. ALAPRI TRADING COMPANY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY BECHT, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM JAMES, Appellant.— Judgment of conviction and orders of the County Court of Dutchess county affirmed. No opinion. Stapleton, Mills, Rich and Putnam, JJ., concurred; Carr, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE MINKOWITZ, Appellant.— Judgment of conviction of the County Court of Kings county reversed, and new trial ordered, because of the violation of defendant's constitutional rights in calling his attorney and trial counsel to the witness stand, and, in the presence of the jury, demanding that he produce certain incriminating papers. (People v. Gibson, 218 N. Y. 70.) In People v. Dolan (186 N. Y. 4), relied on by respondent, no such objection was raised or passed upon, either during the trial or in the reviewing courts. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WHALEN, Appellant.— Judgment of conviction of the County Court of Suffolk county, reversed, as contrary to the weight of evidence, and new trial ordered. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred, Carr, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE WERNER, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Writ sustained, determination annulled as not supported by a preponderance of the evidence, and relator reinstated, with fifty dollars costs and disbursements. Jenks, P. J., Thomas, Carr, Mills and Putnam. JJ., concurred.